UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX D. JACKSON, | ) | NO. CV 16-6033-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| (WARDEN) SUZANNE M. PEERY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 14, 2017.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE